**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
SEP 10 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-62-DLB-CJS

**DA'MONTEZ A. LOWE and**
**KAYLE A. TAYLOR**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 1951**

On or about July 7, 2026, in Kenton County, in the Eastern District of Kentucky, and elsewhere,

**DA'MONTEZ A. LOWE and**
**KAYLE A. TAYLOR**

conspired and attempted to unlawfully take and obtain U.S. currency from the person and in the presence of an employee of Brink's Incorporated, against the employee's will by means of actual and threatened force, violence, and fear of injury to the employee's person and, as a result, interstate commerce was and would have been obstructed, delayed, or affected in any way or degree, in violation of 18 U.S.C. § 1951.

**COUNT 2**
**18 U.S.C. § 922(g)(1)**

On or about July 7, 2026, in Kenton County, Kentucky, in the Eastern District of Kentucky,

**KAYLE A. TAYLOR,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearms: (1) a Springfield Armory, model Echelon, 9mm pistol bearing serial number BE358380, (2) a Springfield Armory, model XD-M Elite, pistol bearing serial number BA240524, (3) a Sig Sauer, model P320, pistol bearing serial number M17A096574, (4) a Smith and Wesson, model M&P-15, .300 caliber rifle bearing serial number TV33383, and (5) a Hatfield Gun Company, model PAS, 12-gauge shotgun bearing serial number 12P21-004082, and the firearms were in interstate and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**COUNT 3**
**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 2**

On or about July 7, 2026, in Kenton County, Kentucky, in the Eastern District of Kentucky,

**DA'MONTEZ A. LOWE**

aided and abetted Kayle A. Taylor in knowingly possessing the following firearms: (1) a Springfield Armory, model Echelon, 9mm pistol bearing serial number BE358380, (2) a Springfield Armory, model XD-M Elite, pistol bearing serial number BA240524, (3) Sig Sauer, model P320, pistol bearing serial number M17A096574, (4) a Smith and Wesson,

model M&P-15, .300 caliber rifle bearing serial number TV33383, and (5) a Hatfield Gun Company, model PAS, 12-gauge shotgun bearing serial number 12P21-004082, and the firearms were in and affecting commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 2.

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offenses alleged in the Indictment, **DA'MONTEZ A. LOWE** and **KAYLE A. TAYLOR** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and/or 1951. Any and all interest that **DA'MONTEZ A. LOWE and KAYLE A. TAYLOR** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

a. Springfield Armory, model Echelon, 9mm pistol bearing serial number BE358380,
b. Springfield Armory, model XD-M Elite, pistol bearing serial number BA240524,
c. Sig Sauer, model P320, pistol bearing serial number M17A096574,
d. Smith and Wesson, model M&P-15, .300 caliber rifle bearing serial number TV33383,
e. Hatfield Gun Company, model PAS, 12-gauge shotgun bearing serial number 12P21-004082; and
f. All associated ammunition and accessories.

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**JOEL KING**
**ASSISTANT UNITED STATES ATTORNEY**

**PENALTIES**

| | |
|---|---|
| **COUNT 1:** | Not more than 20 years imprisonment, a $250,000 fine, and 3 years of supervised release. |
| **COUNTS 2 and 3:** | Not more than 15 years imprisonment, a $250,000 fine, and 3 years of supervised release. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Forfeiture of listed items. |
| **PLUS:** | Restitution, if applicable. |